FILED

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

2008 NOV 10 PM 1:43

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

**UNITED STATES OF AMERICA**

v.                                                                    Case No. **2:08-cr-145-FtM-29SPC**

**RYAN ERIC ALDCORN**

_____

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 16) entered November 6, 2008, to which the parties have waived the 10-day objection period, the plea of guilty of the defendant is now accepted and the defendant is adjudged guilty of Count One of the Indictment.

**Sentencing is scheduled for February 9, 2009 at 10:00 a.m. before the undersigned.**

**DONE and ORDERED** at Fort Myers, Florida, this _____ day of November, 2008.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record